UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
|       -v.- : | <u>UNSEALING ORDER</u> |
| GILBERTO CABRERA, : | S1 16 Cr. 246 (JSR) |
| ROBERT HESPETH, | |
| KIAN GOHARI, : | |
|   a/k/a "Danny," | |
| SHERI BOWEN, and : | |
| FNU LNU, | |
|   a/k/a "Shorts," : | |
|       Defendants. : | |

- - - - - - - - - - - - - - - - - -x

Upon application of the United States of America, by and through Assistant United States Attorney Jordan Estes, it is hereby ORDERED that the following document be unsealed: Indictment S1 16 Cr. 246, which was filed under seal on March 29, 2016.

SO ORDERED.

Dated:   New York, New York
         May <u>14</u>, 2020

_____
JED S. RAKOFF, U.S.D.J.