```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

            v.                         16 CR 246 (JSR)

MATHIS JOSEPH,

               Defendant.             Plea (by video)

------------------------------x

                                       New York, N.Y.
                                       July 28, 2020
                                       2:50 p.m.

Before:

                    HON. JED S. RAKOFF,

                                       District Judge

                         APPEARANCES

AUDREY STRAUSS
     Acting United States Attorney for the
     Southern District of New York
BY:  JORDAN ESTES
     Assistant United States Attorney

MITCHELL C. ELMAN
     Attorney for Defendant
```

1          (Case called)

2          THE COURT:  This is United States v. Mathis Joseph.

3    Would counsel please identify themselves for the record.

4          MS. ESTES:  Good afternoon, your Honor, Jordan Estes

5    for the government.

6          MR. ELMAN:  Good afternoon, your Honor, Mitchell Elman

7    for Mr. Joseph.  I hope all is well with you, sir.

8          THE COURT:  Thank you.

9          Mr. Joseph is also here by video.

10         Let me first confirm, both with defense counsel and

11   Mr. Joseph personally, that after consultation Mr. Joseph has

12   consented to proceeding via video conference in this guilty

13   plea.

14         MR. ELMAN:  Yes, your Honor.  I discussed this in

15   detail with Mr. Joseph.  I went through all the documents with

16   respect to the case and gave him the option as to whether he

17   wanted to appear personally or virtually.  And both of us,

18   after discussing this, have agreed to appear virtually.

19         THE COURT:  Mr. Joseph, is that correct?

20         THE DEFENDANT:  Yes.

21         THE COURT:  Let me also note that Chief Judge McMahon

22   of this Court has specifically found that felony pleas cannot

23   be conducted in person without seriously jeopardizing public

24   health and safety and, also, that in light of the age of this

25   case, proceeding with this case cannot be further delayed

1    without serious harm to the interests of justice.

2         Now, I received a copy of the sealed superseding

3    indictment.  I assume the government and the defense consents

4    to it being unsealed at this time, is that correct?

5         MS. ESTES:  Yes, your Honor.  I believe we actually

6    unsealed it about a month ago.

7         THE COURT:  I'm sorry.  I didn't pick that up.  So

8    that's fine.

9         Let me ask the defendant, is it your intention to

10   withdraw your previously entered plea of not guilty and enter a

11   plea of guilty to Count One of this indictment?

12        THE DEFENDANT:  Yes.

13        THE COURT:  I will put you under oath, so please raise

14   your right hand.

15        (Defendant sworn)

16        THE COURT:  Let me make sure you understand that

17   because you are under oath, anything you say that is knowingly

18   false could subject you to a prosecution for perjury or

19   obstruction of justice.

20        You understand that?

21        THE DEFENDANT:  Yes, your Honor.

22        THE COURT:  Do you read, write, speak, and understand

23   English?

24        THE DEFENDANT:  Yes, your Honor.

25        THE COURT:  And how far did you go in school?

 1                  THE DEFENDANT:  Graduated high school.

 2                  THE COURT:  And have you ever been treated by a

 3     psychiatrist or psychologist?

 4                  THE DEFENDANT:  Yes.

 5                  THE COURT:  When was that?

 6                  THE DEFENDANT:  This was recently.

 7                  THE COURT:  What was it that led to that treatment?

 8                  THE DEFENDANT:  My arrest.

 9                  THE COURT:  Have you ever been hospitalized for any

10     mental illness?

11                  THE DEFENDANT:  No.

12                  THE COURT:  Have you ever been treated or hospitalized

13     for alcoholism?

14                  THE DEFENDANT:  Yes, treated.  I've had treatments,

15     yes.

16                  THE COURT:  Have you ever been treated or hospitalized

17     for drug addiction?

18                  THE DEFENDANT:  Yes.

19                  THE COURT:  So the problem you were discussing with

20     the psychiatrist, was this in the prison system or outside?

21                  THE DEFENDANT:  No.  It was outside.

22                  THE COURT:  And you said it was for your addiction?

23                  THE DEFENDANT:  Yes.

24                  THE COURT:  Meaning your addiction to what?

25                  THE DEFENDANT:  Alcohol and drugs.

K7GMJOS1P                                                                    5

 1              THE COURT:  And what kind of pills were you taking?

 2              THE DEFENDANT:  Oxycontin.

 3              THE COURT:  In the last 24 hours, have you had any

 4   alcohol or pills of any kind?

 5              THE DEFENDANT:  No.

 6              THE COURT:  Are you taking any kind of medication?

 7              THE DEFENDANT:  Right now, no.

 8              THE COURT:  Is your mind clear today?

 9              THE DEFENDANT:  Yes.

10              THE COURT:  Do you understand these proceedings?

11              THE DEFENDANT:  Yes.

12              THE COURT:  On the basis of the defendant's responses

13   to my questions and my observations of his demeanor, I find he

14   is fully competent to enter an informed plea at this time.

15              You have a right, Mr. Joseph, to be represented by

16   counsel at every stage of these proceedings.

17              Do you understand that?

18              THE DEFENDANT:  Yes, your Honor.

19              THE COURT:  If at any time you can't afford counsel,

20   the Court will appoint one to represent you free of charge

21   throughout the proceedings.

22              Do you understand that?

23              THE DEFENDANT:  Yes.

24              THE COURT:  Mr. Elman, are you retained or appointed?

25              MR. ELMAN:  I am retained, sir.

1            THE COURT:  Mr. Joseph, have you had a full

2     opportunity to discuss this matter with Mr. Elman?

3            THE DEFENDANT:  Yes.

4            THE COURT:  Are you satisfied with his representation

5     of you?

6            THE DEFENDANT:  Yes, your Honor.

7            THE COURT:  Now, you were charged in indictment 16 CR

8     246 with conspiracy to distribute oxycodone, and you previously

9     entered a plea of not guilty to that charge.  But I understand

10    you now wish to plead guilty, is that right?

11           THE DEFENDANT:  Yes, your Honor.

12           THE COURT:  Before I can accept any plea of guilty, I

13    need to make certain, among other things, that you understand

14    the rights that you will be giving up if you plead guilty.  I

15    want to go over with you now the rights that you will be giving

16    up.

17           Do you understand that?

18           THE DEFENDANT:  Yes.

19           THE COURT:  You should have a right to a speedy and

20    public trial by a jury on the charge against you.

21           Do you understand that?

22           THE DEFENDANT:  Yes.

23           THE COURT:  Second, if there were a trial, you would

24    be presumed innocent and the government would be required to

25    prove your guilt beyond a reasonable doubt before you could be

1    convicted of any charge.

2            Do you understand that?

3            THE DEFENDANT:  Yes.

4            THE COURT:  Third, at the trial you would have the

5    right to be represented by counsel once again.  If at any time

6    you could not afford counsel, the Court would appoint one to

7    represent you free of charge throughout the trial and all other

8    proceedings.

9            Do you understand that?

10           THE DEFENDANT:  Yes, sir.

11           THE COURT:  Fourth, at the trial you would have the

12   right to see and hear all the witnesses and other evidence

13   against you, your attorney could cross-examine the government's

14   witnesses and object to the government's evidence and could

15   offer evidence on your own behalf, if you so desired, and could

16   have subpoenas issued to compel the attendance of witnesses and

17   offer evidence on your own behalf.

18           Do you understand all that?

19           THE DEFENDANT:  Yes.

20           THE COURT:  Fifth, at trial you would have the right

21   to testify if you wanted to, but no one could force you to

22   testify if you did not want to.  No suggestion of guilt could

23   be drawn against you simply because you chose not to testify.

24           Do you understand that?

25           THE DEFENDANT:  Yes, your Honor.

8

```
 1              THE COURT:  At a trial, even if you were convicted,
 2    you would have the right to appeal your conviction.
 3              Do you understand that?
 4              THE DEFENDANT:  Yes.
 5              THE COURT:  Now, do you understand that if you plead
 6    guilty, you will be giving up each and every one of the rights
 7    we just discussed.
 8              Do you understand that?
 9              THE DEFENDANT:  Yes.
10              THE COURT:  Turning to the superseding indictment,
11    does defense counsel want Count One read again here, or do you
12    waive the reading?
13              MR. ELMAN:  We waive the reading, your Honor.
14              THE COURT:  Generally, Mr. Joseph, this charges you
15    with an agreement with at least one other person, called a
16    conspiracy, to distribute oxycodone, and you have gone over
17    that indictment with your lawyer, yes?
18              THE DEFENDANT:  Yes.
19              THE COURT:  And you understand the charge against you,
20    yes?
21              THE DEFENDANT:  Yes.
22              THE COURT:  Now, the maximum punishment you face, if
23    you plead guilty to this charge, is 20 years' imprisonment,
24    plus up to lifetime supervised release to follow any term of
25    imprisonment, with a mandatory minimum term of three years'
```

1   supervised release, and a maximum fine of whichever is

2   greatest, either $1 million or twice the amount of money

3   derived from the conspiracy or the loss to any victims of the

4   conspiracy, plus a $100 mandatory special assessment.

5           Do you understand those are the maximum and mandatory

6   minimum punishments if you plead guilty?

7           THE DEFENDANT:  Yes, your Honor.

8           THE COURT:  Now, at this point in time I have no idea

9   what sentence I will impose if you plead guilty, but in that

10  connection I've been furnished with a letter agreement which we

11  will mark as Court Exhibit 1 to this proceeding.  And it takes

12  the form of a letter, dated June 22, 2020, from the government

13  to defense counsel, and it appears -- there I have the

14  original -- it appears that you signed it yesterday, is that

15  right?

16          THE DEFENDANT:  Yes.

17          THE COURT:  Before signing it, did you read it?

18          THE DEFENDANT:  Yes, your Honor.

19          THE COURT:  Did you go over it with your lawyer?

20          THE DEFENDANT:  Yes, your Honor.

21          THE COURT:  Did you understand the terms of the

22  agreement?

23          THE DEFENDANT:  Yes.

24          THE COURT:  And did you sign it in order to indicate

25  your agreement to the agreement.

1          THE DEFENDANT:  Yes.

2          THE COURT:  This letter agreement, which we have now

3    marked as Court Exhibit 1, is binding between you and the

4    government, but it is not binding on me.  It's not binding on

5    the Court.

6          Do you understand that?

7          THE DEFENDANT:  Yes.

8          THE COURT:  For example, with respect to sentencing,

9    one of the things that is set forth in this letter is a

10   stipulated guidelines range.  Guidelines are certain laws that

11   recommend, but do not require, THE imposition of a particular

12   range of imprisonment, and they are not binding on me, but I

13   will consider them.  And in this agreement you and the

14   government stipulated to a guideline range of 46 to 57 months.

15         Do you recall that?

16         THE DEFENDANT:  Yes.

17         THE COURT:  Now, again, that's not binding on me.  I

18   could go higher or lower or anywhere in between.  Regardless of

19   where I come out, if you plead guilty, you will still be bound

20   by my sentence.

21         Do you understand that?

22         THE DEFENDANT:  Yes, your Honor.

23         THE COURT:  More generally, do you understand that if

24   anyone has made any promise or prediction or estimate or

25   representation to you of what your sentence will be in this

 1   case, that person could be wrong.  Nevertheless, if you plead

 2   guilty, you will still be bound by my sentence.

 3            Do you understand?

 4            THE DEFENDANT:  Yes, your Honor.

 5            THE COURT:  Does the government represent that this

 6   letter agreement that we have now marked as Court Exhibit 1

 7   represents the entirety of any and all agreements between the

 8   government and Mr. Joseph?

 9            MS. ESTES:  Yes, your Honor.

10            THE COURT:  By the way, Mr. Joseph, under this

11   agreement, if I do sentence you within the stipulated guideline

12   range or below, you have agreed with the government not to

13   appeal your sentence.

14            Do you understand that?

15            THE DEFENDANT:  Yes, your Honor.

16            THE COURT:  Mr. Elman, is this letter agreement the

17   entire agreement between you and the government?

18            MR. ELMAN:  It's a six-page agreement.  This is the

19   agreement.

20            THE COURT:  Mr. Joseph, you agree this is the sole

21   agreement between you and the government?

22            THE DEFENDANT:  Yes, your Honor.

23            THE COURT:  Mr. Joseph, other than the government, has

24   anyone else made any kind of promise or anything to induce you

25   to plead guilty?

```
 1                THE DEFENDANT:  No.

 2                THE COURT:  Has anyone threatened or coerced you to

 3     plead guilty?

 4                THE DEFENDANT:  No.

 5                THE COURT:  Does the government represent that if this

 6     case were to go to trial, it could, through competent evidence,

 7     prove every essential element of this offense beyond a

 8     reasonable doubt?

 9                MS. ESTES:  Yes, your Honor.

10                THE COURT:  Does defense counsel know of any valid

11     defense that would likely prevail at trial or any other reason

12     why his client should not plead guilty?

13                MR. ELMAN:  No, your Honor.

14                THE COURT:  Mr. Joseph, tell me in your own words what

15     it is you did that makes you guilty of this crime.

16                THE DEFENDANT:  Say that again, your Honor.

17                THE COURT:  Tell me what you did that makes you guilty

18     of this crime.

19                THE DEFENDANT:  Purchasing Oxycontin.

20                THE COURT:  Let's talk about the period between 2014

21     and October 2015.  Did you, during that period, agree to

22     distribute oxycodone?

23                THE DEFENDANT:  Yes, your Honor.

24                THE COURT:  What were you getting out of it?

25                THE DEFENDANT:  I was purchasing mostly for my own
```

1   use, and I might have gave it to friends.

2               THE COURT:  Did you sell any?

3               THE DEFENDANT:  I might have sold some to my friends.

4               THE COURT:  Did you or didn't you?

5               THE DEFENDANT:  I was purchasing.

6               THE COURT:  I know you were purchasing.  But my

7   question is, did you, after your purchase, sell some of the

8   oxycodone to other people?

9               THE DEFENDANT:  Yes.

10              THE COURT:  And when you purchased from any of these

11  people, did you discuss the fact that you might sell some of it

12  to other people?

13              THE DEFENDANT:  Yes.

14              THE COURT:  And where did all this occur?

15              THE DEFENDANT:  In Brooklyn, New York.

16              THE COURT:  Let me ask the government.  What about the

17  venue issue?

18              MS. ESTES:  Yes, your Honor.  The government would

19  proffer that a coconspirator would travel through Manhattan to

20  get to Brooklyn to conduct the oxycodone sale.

21              THE COURT:  When you did all this, when you sold this

22  as part of an agreement with others, you knew what you were

23  doing was illegal and wrong, Mr. Joseph?

24              THE DEFENDANT:  Yes, your Honor.

25              THE COURT:  Is there anything else regarding the

KC8JOEB1

1  factual portion of the allocution that the government wishes

2  the Court to inquire about?

3          MS. ESTES:  No, your Honor.  I would just also proffer

4  that when the defendant was purchasing the oxycodone he was

5  purchasing distribution-level quantities.

6          THE COURT:  So like what?

7          MS. ESTES:  Like hundreds of oxycodone pills.

8          THE COURT:  Is that right, Mr. Joseph?

9          THE DEFENDANT:  Yes, your Honor.

10         THE COURT:  You clearly had in mind selling at least

11  some of it to others or distributing at least some of it to

12  others, yes?

13         THE DEFENDANT:  Yes, your Honor.

14         THE COURT:  Is there anything else regarding any

15  aspect of the allocution that either counsel wishes the Court

16  to further inquire about before I ask the defendant to formally

17  enter his plea?

18         Anything else from the government?

19         MS. ESTES:  No, your Honor.

20         THE COURT:  Anything from defense counsel?

21         MR. ELMAN:  No, your Honor.

22         THE COURT:  Mr. Joseph, in light of everything we have

23  now discussed, how do you plead to Count One of indictment S1

24  16 CR 246, guilty or not guilty?

25         THE DEFENDANT:  Guilty.

1          THE COURT:  Because the defendant has acknowledged his

2     guilt as charged, because he has shown that he understands his

3     rights, and because his plea is entered knowingly and

4     voluntarily supported by an independent basis in fact

5     containing each of the essential elements of the offense, I

6     accept his plea and adjudge him guilty of Count One of the

7     aforesaid indictment.

8          Mr. Joseph, the next stage in this process is that the

9     probation office will prepare what's called a presentence

10    report to assist me in determining sentence.  As part of that

11    you will be interviewed by the probation officer.  You can have

12    your lawyer present to advise you of your rights, but under my

13    practices you have to personally answer the questions put to

14    you by the probation officer.

15          Do you understand that?

16          THE DEFENDANT:  Yes, your Honor.

17          THE COURT:  After that report is in draft form, but

18    before it's in final form, you and your lawyer and also

19    government counsel will have a chance to review it and offer

20    suggestions, corrections, and additions directly to the

21    probation officer, who will then put the report in final to

22    come to me.

23          Independent of that, counsel for both sides are hereby

24    given leave to submit directly to the Court in writing any and

25    all materials bearing on any aspect of sentence, provided that

1    those materials are submitted no later than one week before

2    sentence.

3              I'll put the down sentence down for, Linda?

4              THE DEPUTY CLERK:  Monday, October 19, at 4.

5              THE COURT:  October 19 at 4 p.m.

6              Anything else we need to take up today?

7              MS. ESTES:  Nothing from the government.  Thank you,

8    your Honor.

9              MR. ELMAN:  Nothing from the defense.

10             Did you say October 19, 2020, at 4 p.m., right?

11             THE COURT:  Correct.

12             MR. ELMAN:  Thank you very much.

13             THE COURT:  Thanks a lot.

14             (Adjourned)

15

16

17

18

19

20

21

22

23

24

25